**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Adeline T Mancini, | ) | |
| Plaintiff, | ) | |
| | ) | No. 25 CV 50471 |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| Paul I Rosil, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Magistrate Judge Iasparro's Report and Recommendation [39] that the Court grant plaintiff Adeline Mancini's motion for a finding that her settlement with defendant George Wilkinson is made in good faith, *see* 740 ILCS 100/2(c) (Illinois Joint Tortfeasor Contribution Act). Judge Iasparro further recommends, consistent with the plaintiff's motion, that defendant Paul Rosil's cross-claim against Mr. Wilkinson be dismissed as moot, *see* 740 ILCS 100/2(d). Defendants Paul and Taras Rosil reported to Judge Iasparro that they have no objection to Ms. Mancini's motion. Judge Iasparro gave the parties to 7/15/2026 to file any objection to his Report and Recommendation, but none were filed. The Court agrees with Judge Iasparro's finding that the proposed settlement for $7,500 represents a good faith settlement of the plaintiff's claim against defendant Wilkinson, especially in light of the fact that the non-settling defendants have no objection to either the plaintiff's motion or the Report and Recommendation. Accordingly, the Court accepts Judge Iasparro's Report and Recommendation [39], grants the plaintiff's motion for a good faith finding [33], dismisses with prejudice Mr. Rosil's cross-claim against Mr. Wilkinson as moot, and dismisses with prejudice the plaintiff's claim against Mr. Wilkinson. The plaintiff's case shall proceed against defendants Paul and Taras Rosil.

Date:  July 17, 2026          By:_____

                                            Iain D. Johnston
                                            United States District Judge